1  Zachary M. Best, SBN 166035
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: service@mission.legal

5  Attorneys for Plaintiff,
   Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 4:17-cv-06021-HSG |
| Plaintiff, | **STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |
| vs. | |
| MAC ACQUISITION LLC dba ROMANO'S MACARONI GRILL, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Francisca Moralez ("Plaintiff"), and Defendant, 8000 El Cerrito Investors LLC ("Defendant," and together with Plaintiff, the "Parties"), the parties who have appeared in this action, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment is not prejudicial to Defendant, the product of undue delay, proposed in bad faith, or futile.

**IT IS FURTHER STIPULATED** that Plaintiff will file her First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing.

**IT IS SO STIPULATED**.

Dated: February 8, 2018          MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Francisca Moralez

Dated: February 8, 2018          JEFFER MANGELS BUTLER & MITCHELL LLP

*/s/ Stuart K. Tubis*
Stuart K. Tubis
Martin H. Orlick
Attorneys for Defendant,
8000 El Cerrito Investors LLC

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff
Francisca Moralez

# **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file her First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS SO ORDERED**.

Dated: February 9, 2018

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge