Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 4:17-cv-06021-HSG |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56; ORDER** |
| vs. | |
| MAC ACQUISITION LLC dba ROMANO'S MACARONI GRILL, et al., | |
| Defendants. | |

Plaintiff, Francisca Moralez ("Plaintiff"), and Defendant, 8000 El Cerrito Investors LLC ("8000 El Cerrito," and together with Plaintiff, "the Parties"), the parties who have appeared in this Action, by and through their respective counsel, hereby stipulate as follows:

1. This action arises out of Plaintiff's claims that Defendants 8000 El Cerrito, Mac Acquisition LLC dba Romano's Macaroni Grill ("Romano's"), and MCD-RC CA-El Cerrito, LLC ("MCD") denied her full and equal access to their public accommodation on account of her disabilities in violation of Title III of the Americans with Disabilities Act ("ADA") and parallel California law. Plaintiff seeks injunctive relief under federal and California law, as well as damages under California law. This matter therefore proceeds under this district's General Order 56 which governs ADA access matters.

2. The Court ordered that the Parties conduct a joint site inspection of the subject property on or before February 2, 2018 (Dkt. 4).

3. Defendant Romano's represented to Plaintiff that it has filed a bankruptcy petition, and Plaintiff accordingly filed a Notice of Bankruptcy Stay as to Romano's only on November 13, 2017 (Dkt. 8).

4. Defendant 8000 El Cerrito has filed a Notice of Bankruptcy and Request for Stay asking that the stay apply to it as well due to Romano's bankruptcy (Dkt. 10). Plaintiff has opposed this request (Dkt. 11). The request remains pending.

5. On February 9, 2018, Plaintiff filed a First Amended Complaint adding an additional defendant, MCD, who she alleges owns a portion of the subject property (Dkt. 18). MCD has not yet been served.

6. In order to allow time for MCD to be served and appear and therefore participate in the joint site inspection, and for the Court to rule on 8000 El Cerrito's Request for Stay, the Parties stipulate to extend the deadline to conduct the joint site inspection to May 18, 2018 and that all other deadlines triggered by the joint site inspection be continued accordingly.

**IT IS SO STIPULATED.**

Dated: February 16, 2018            MISSION LAW FIRM, A.P.C.

                                    */s/ Zachary M. Best*
                                    Zachary M. Best
                                    Attorneys for Plaintiff,
                                    Francisca Moralez

Dated: February 16, 2018            JEFFER MANGELS BUTLER & MITCHELL LLP

                                    */s/ Stuart K. Tubis*
                                    Stuart K. Tubis
                                    Martin H. Orlick
                                    Attorneys for Defendant,
                                    8000 El Cerrito Investors LLC

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                           */s/ Zachary M. Best*
                                           Zachary M. Best
                                           Attorneys for Plaintiff
                                           Francisca Moralez

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the parties to conduct the joint site inspection required by General Order 56 is continued to May 18, 2018, and all other deadlines triggered by the joint site inspection are continued accordingly.

**IT IS SO ORDERED**.

Dated: February 20, 2018

                                           HON. HAYWOOD S. GILLIAM, Jr.
                                           United States District Judge