1  Zachary M. Best, SBN 166035
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  E-mail: service@mission.legal

5  Attorney for Plaintiff,
   Francisca Moralez

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>MAC ACQUISITION LLC dba ROMANO'S MACARONI GRILL; 8000 EL CERRITO INVESTORS LLC; MCD-RC CA-EL CERRITO, LLC;<br><br>    Defendants. | No. 4:17-cv-06021-HSG<br><br>**STIPULATED REQUEST TO EXTEND DEADLINE TO CONDUCT MEDIATION REQUIRED BY GENERAL ORDER 56; ORDER** |

Plaintiff, Francisca Moralez ("Plaintiff"), and Defendant, 8000 El Cerrito Investors LLC ("Defendant," and together with Plaintiff, "the Parties"), hereby stipulate as follows:

1. This matter arises out of Plaintiff's claim that she visited property owned and/or operated by Defendant and encountered conditions which prevented her full and equal access thereto as a result of her disabilities. Plaintiff alleges that Defendant violated Title III of the Americans with Disabilities Act and related California law. This matter therefore proceeds under this District's General Order 56 and related Scheduling Order.

2. The Parties timely conducted the required joint site inspection of the subject property and met and conferred on May 16, 2018. When a settlement was not reached, Plaintiff

filed a Notice of Need for Mediation on June 27, 2018 (Dkt. 29). On August 6, 2018, the Court appointed mediator Kari Levine ("the Mediator") (Dkt. 31).

3. Although not set forth in the Scheduling Order (Doc. 4), General Order 56 requires that the mediation take place "in no event later than 90 days from the Date the Notice of Need for Mediation is filed, unless otherwise ordered by the assigned judge." General Order 56, ¶ 7. Because the Notice of Need for Mediation was filed on June 27, 2018, the last date by which the mediation can take place without an Order of the Court is September 25, 2018.

4. The Parties and the mediator were unable to agree upon a date and time that was amenable to the Parties, their counsel, and the Mediator before September 25, 2018. However, the Parties, their counsel, and the Mediator have now agreed that the mediation will take place on October 15, 2018 at 10:00 a.m.

5. Therefore, subject to Court approval, the Parties request that the last date for the mediation required by General Order 56 be continued from September 25, 2018 to October 15, 2018.

**IT IS SO STIPULATED.**

Dated: August 30, 2018                MISSION LAW FIRM, A.P.C.


                                      */s/ Zachary M. Best*
                                      Zachary M. Best
                                      Attorney for Plaintiff,
                                      Francisca Moralez

Dated: August 30, 2018                JEFFER MANGELS BUTLER & MITCHELL LLP


                                      */s/ Martin H. Orlick*
                                      Martin H. Orlick
                                      Stuart K. Tubis
                                      Attorneys for Defendant,
                                      8000 El Cerrito Investors LLC

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

> */s/ Zachary M. Best*
> Zachary M. Best
> Attorney for Plaintiff,
> Francisca Moralez

## **ORDER**

The Parties having so stipulated, and good cause appearing,

**IT IS HEREBY ORDERED** that the last date by which the mediation mandated by General Order 56 must be completed is continued from September 25, 2018 to October 15, 2018.

**IT IS SO ORDERED**.

Dated: August 31, 2018

*Haywood S. Gilliam Jr.*
United States District Judge